IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATURESWEET, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MASTRONARDI PRODUCE LTD. and MASTRONARDI PRODUCE-USA, INC. AND WORLDWIDE PLASTICS COMPANY, <br><br> Defendants. | CIVIL ACTION NO.  03-12-CV-01424-G |

**AGREED JOINT MOTION TO DISMISS WITH PREJUDICE**

TO THIS HONORABLE COURT:

Plaintiff NatureSweet, Ltd. and Defendants Mastronardi Produce Ltd., Mastronardi Produce-USA, Inc., and Worldwide Plastics Company, hereby file this Agreed Joint Motion to Dismiss With Prejudice.  All matters in controversy between Plaintiff and Defendants have been fully compromised and settled, and the parties no longer desire to prosecute their respective claims and counterclaims.  Accordingly, Plaintiff and Defendants respectfully request that their respective claims and counterclaims against each other be dismissed with prejudice.

WHEREFORE, the parties request that the Court grant this Agreed Joint Motion to Dismiss With Prejudice and enter the Agreed Order of Dismissal With Prejudice as proposed by the parties, with costs and attorney's fees taxed against the party incurring same.

**DATED THIS** 14th day of January, 2014.          Respectfully submitted,

  /S/ *Jeff Richardson*
J. Jeffery Richardson
Texas Bar No. 16864450
jeff.richardson@nortonrosefulbright.com
Shea R. Haass
Texas Bar No. 24055609
shea.haass@nortonrosefulbright.com
Gita Srivastava
Texas Bar No. 24083898
gita.srivastava@nortonrosefulbright.com

**FULBRIGHT & JAWORSKI LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200

**COUNSEL FOR PLAINTIFF NATURESWEET, LTD.**

/S/__*Chris Schwegmann*_____
Christopher J. Schwegmann
Texas Bar No. 24031515
cjs@lynnllp.com
Christopher Patton
cpatton@lynnllp.com
Mark E Turk
mturk@lynnllp.com
**Lynn Tillotson Pinker & Cox, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800  Phone
(214) 981-3839  Fax

David E. Einstandig
**Thav Gross – Attorneys & Counselors at Law**
30150 Telegraph Road # 444
Bingham Farms, MI 48025-4549
Email: deinstandig@thavgross.com
Toll Free: 888-235-4357
Local: 248-645-1700

**COUNSEL FOR DEFENDANTS MASTRONARDI PRODUCE LTD. and MASTRONARDI USA, INC.  AND WORLDWIDE PLASTICS COMPANY**